UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL A.X. WALSH et al.,

                Plaintiffs,

-against-

PLANNED PARENTHOOD INTERNATIONAL et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/16/2024
```

1:23-cv-914 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of *pro se* Plaintiff's motion to compel production of discovery materials [ECF No. 15]. Plaintiff also requests a trial date. Plaintiff's motion is DENIED. Discovery is stayed pending resolution of the motion to dismiss filed by Defendant Planned Parenthood International [ECF No. 14], which is potentially dispositive of this action. It would also be premature to set a trial date at this stage in the proceedings.

    Pursuant to the Court's Order dated October 3, 2023, Plaintiff was required to file his opposition to the motion to dismiss by November 22, 2023 [ECF No. 12], but Plaintiff has not filed an opposition. The Court, however, will give Plaintiff a final opportunity to oppose the motion to dismiss. **Plaintiff must file his opposition to the motion to dismiss by June 10, 2024. Plaintiff is on notice that failure to comply with this Order and the Federal Rules of Civil Procedure may result in sanctions, including dismissal for failure to prosecute.**

    The Clerk of Court is respectfully requested to terminate the motion at docket entry 15 and to mail this Order to Plaintiff.

**SO ORDERED.**

Date: May 16, 2024
      New York, NY

                                                          */s/ Mary Kay Vyskocil*
                                                          **MARY KAY VYSKOCIL**
                                                          **United States District Judge**